UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA BEACH CO., LLC.,<br><br>Plaintiff,<br><br>v.<br><br>MR. HAN XIAN DU,<br><br>Defendant. | Case No.  19-cv-08426-JSC<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Plaintiff The California Beach Company, LLC has moved pursuant to Federal Rule of Civil Procedure 65 and **N.D. Cal Local Rule 65-1** for a temporary restraining order.

The Court, having duly considered Plaintiff's Complaint, motion, and the declaration and exhibits submitted therewith, hereby makes the following findings of fact and conclusions of law:

1. Plaintiff is likely to succeed on the merits of its claim under 17 U.S.C. § 512(f) that Defendant has "knowingly materially misrepresent[ed] under this section . . . that material or activity is infringing" thereby damaging Plaintiff "as the result of a service provider" (here, Facebook, Instagram, and Amazon) "removing or disabling access to the material or activity claimed to be infringing."

2. Plaintiff has established a likelihood of irreparable harm if the service providers (Facebook, Instagram, and Amazon) continue to comply with Defendant's takedown requests in the form of permanently lost customers, reputational harm, and/or loss of customer good will toward Plaintiff.

3. The balance of hardships favor entering this restraining order because if this restraining order were not issued the impact to Plaintiff's business could be severe enough to impact Plaintiff's ability to continue as a business; whereas, if Defendant is able to establish that, in fact, Plaintiff

has violated Defendant's legitimate copyright interests, Defendant can obtain money damages.

4. To the extent it is implicated, the public interest favors entering this restraining order because the public has an interest in avoiding the misuse of intellectual property laws by market competitors to wrongfully harm competition.

Accordingly, Defendant and all persons in active concert or participation with Defendant, are temporarily restrained from taking down from Facebook, Instagram, Amazon, or any other service provider's website Plaintiff's online content or product line.  This temporary restraint is effective immediately and shall remain in effect until this Court rules on Plaintiff's motion for Preliminary Injunction.  Further, Defendant is hereby ordered to show cause at _____, in Courtroom ___ of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California 94102, why you, your officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with any of the foregoing persons, should not be restrained and enjoined pending trial of this action.

Date: _____, 2020

_____
Honorable Jacqueline Scott Corley
United States Magistrate Judge