UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA BEACH CO., LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HAN XIAN DU, <br><br> Defendant. | Case No. <br><br> **DECLARATION OF** <br> **AUSTIN WRIGHT** |

Pursuant to 28 U.S.C. § 1746, I, Austin Wright, declare and state as follows:

1. I am more than 18 years of age, I have personal knowledge of the facts set forth in this declaration, and I am competent to testify to such facts if called upon to do so.

2. I submit this declaration in connection with *The California Beach Co., LLC  v. Han Xian Du*, case filed in the Northern District of California on December 26, 2019 (the "Du Litigation").

3. I am a founder and current Chief Executive Officer of The California Beach Company ("CBC").  Founded in Los Angeles, California in 2018, CBC is a seller of portable playpens that began as a "Kickstarter" on the fundraising website Kickstarter.com.  CBC is still headquartered in Los Angeles, California, where it sells products exclusively through online marketing channels, such as Amazon.com

- 1 -

and CBC's own website. CBC relies heavily on its social media presence to market its products and direct potential customers to websites at which customers can buy CBC's products. CBC maintains a social media presence with company pages on Facebook.com and Instagram.com, where it drives sales through advertising and customer engagement.

4. CBC owns various intellectual property that protects its products and brand, including U.S. Trademarks Registrations. (Ex. A, TM Registrations) CBC is also the exclusive licensee of U.S. Design Patent No. 862,913 (Ex. B, 913 Patent) which covers the design and ornamental features of CBC's playpen products.

5. I understand that the defendant in the Du Litigation is Han Xian Du ("Mr. Du"), and that Mr. Du is a supplier to a company called "Exqline." (Ex. C, email to Mr. Yee.) Exqline is one of CBC's competitors, selling competitive playpen products through websites such as Amazon.com. In November 2019, CBC engaged Exqline in discussions regarding Exqline's infringement of CBC's trademarks (Ex. A) and the '913 Patent (Ex. B). Through counsel, CBC engaged Exqline in communications to try to resolve CBC's trademark and patent claims without involvement of litigation. (*See, e.g.*, Ex. D, Cease and Desist Correspondence.) CBC provided Exqline with evidence showing that CBC is the exclusive licensee of the '913 Patent in the United States, Canada, and Mexico and the registrant of the "Pop n' Go" trademark, and Exqline responded that it believed its competing product design was created and owned by Mr. Du. (Ex. D, Cease and Desist Correspondence.)

Exqline responded to CBC by claiming that Mr. Du was the inventor and creator of CBC's products, which Exqline alleged was covered by a separate design patent. (Ex. D, Cease and Desist Correspondence.)  CBC responded in December 2019 with evidence supporting its rights to practice and enforce the '913 Patent in the United States, Canada, and Mexico are superior to either Exqline's or Mr. Du's alleged rights in the design.  (Ex. D, Cease and Desist Correspondence.)

6.      In the November/December 2019 settlement discussions and correspondence, neither Exqline, Mr. Du, or their counsel claimed ownership of any copyright covering any material CBC has ever used or posted on its social media sites.  To my knowledge, neither Exqline, Mr. Du, or their counsel has ever informed CBC that it is infringing any specific copyright.

7.      The images, writings, and videos on CBC's social media and Amazon.com pages were created entirely by CBC for use in promoting CBC's branded products, as is clear on the face of the works themselves.  Accordingly, Mr. Du has wrongfully misrepresented the facts in his DMCA Notification in violation of 17 U.S.C. § 512(f).  Mr. Du's takedown notices are transparent efforts to use the DMCA process to improperly disrupt CBC's business at the height of the most important sales season of the year.  Mr. Du's takedowns could only have been achieved through direct misrepresentations of Mr. Du's rights and the ownership and nature of the content on CBC's social media and Amazon.com pages.  These

misrepresentations served to harm CBC's ability to compete with Mr. Du's customer, Exqline. CBC has been irreparably harmed (and will continue to be irreparably harmed) as a result of Mr. Du's intentional and malicious conduct.

8. I have reviewed the Complaint filed by CBC in the Du Litigation and I understand that CBC is simultaneously filing a motion for Temporary Restraining Order ("TRO") to remedy the harm caused by Mr. Du's use of Facebook, Amazon and Instagram's DMCA takedown notification mechanisms.

9. I understand that by this motion, CBC seeks: an immediate restraining order directing Mr. Du to withdraw the DMCA takedown notifications that he submitted to Facebook, Instagram, and Amazon.com; directing Facebook, Instagram, and Amazon.com to reinstate the CBC pages and content that were removed pursuant to Mr. Du's takedown notifications; and an order directing Mr. Du to show cause why a preliminary injunction should not issue.

10. On December 19, 2019 I received emails from Facebook and Instagram informing me that certain content had been removed from CBC's account on both of those respective platforms, pursuant to the filing of DMCA takedown notifications filed by Mr. Du.

11. Mr. Du's takedown notification to Instagram identified work that allegedly violates Du's copyright(s). (Ex. E, Instagram takedown notice.) Specifically, Instagram removed several videos used as advertisements relating to CBC's Pop N' Go® product (the "Pop N Go Videos").

12. The Pop N Go Videos do not include, reference, or relate to any written, audio, visual, or other works created by or for any entity other than CBC. The Pop N Go Videos are created by Ashlee Nino Clement and Stefanie Klausmann Vo, who own Mom Together, LLC. Mom Together is an independent contractor CBC hired to create and post video and still image content on all social media outlets for CBC. To my knowledge, Mom Together has no connection to, and has never used any material from, Mr. Du or any entity associated with Mr. Du.

13. The creation information for each of the Pop N Go Videos removed from Instagram are listed below:

Lafond Family Puppet Missing Content #1
"Puppet Show Pop N Go"
Video shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee Clement
Created On: Sept 29, 2019
Song "Kickflip Medium" off of Final Cut Pro Stock Jingles
Models: the Lafond Family - Johnetta, Yasir, Anaiah, Zaire Lafond

Lafond Family Puppet Missing Content #2
"LaFond Family x Pop N Go"
Video shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee Clement
Created On: Sept 30, 2019
Song "KidsPlay Instrumental" Royalty free purchased from Premiumbeat.com
Models: the Lafond Family - Johnetta, Yasir, Anaiah, Zaire Lafond

Soccer Moms Missing Content #1
Video Shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee clement
Created on October 30, 2019
Song "Kickflip Medium" off of Final Cut Pro Stock Jingles
Model: Alanna Quan

Soccer Mom Missing Content #2
Video Shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee clement
Created on October 30, 2019
Song "Can't Stop Thinking" Written by Joey Clement (husband)
Model: Melissa McFarland

Soccer Mom Missing Content #3
Photo Shot by Shiobian Photography
Created on October 30, 2019
Model: Alanna Quan

Soccer Mom Missing Content #4
Video Shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee clement
Created on Nov 2, 2019
Song "Blackest Keys" Written by Joey Clement (husband)
Model: Melissa McFarland

Black Friday Missing Content #1
"Puzzle Number 2"
Video Shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee clement
Created on November 19, 2019
Song "Piano Ballad" Stock Jingle off of Final Cut Pro
Model: Zinthia/Paris Paul

Black Friday Missing Content #2
"Puzzle Number 4"
Video Shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee clement
Created on November 21, 2019
Song "Christmas Presence" Royalty Free purchased from Premiumbeat.com
Model: Zinthia Lopez

Black Friday Missing Content #3
"Puzzle Number 5"
Video Shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee clement
Created on November 22, 2019
Song "Christmas Presence" Royalty Free purchased from Premiumbeat.com

Model: Zinthia Lopez

Black Friday Missing Content #4
"Puzzle Number 7"
Photo Shot by Shiobian Photography
Shot on Nov 2, 2019

Black Friday Missing Content #5
"Puzzle Number 8"
Video Shot by Ashlee Clement
Edited on Final Cut Pro by Ashlee clement
Created on November 26, 2019
Song "Christmas Presence" Royalty Free purchased from Premiumbeat.com
Model: Zinthia/Paris Lopez

Black Friday Missing Content #6
"Puzzle Number 10"
Photo Shot by Shiobian Photography
Shot on Nov 2, 2019

Black Friday Missing Content #7
"Puzzle Number 12"
Photo Shot by Shiobian Photography
Shot on Nov 2, 2019

14.     The Pop N Go Videos were filmed three to four weeks prior to posting on social media by Mom Together. The videos were created specifically for CBC utilizing equipment owned by Mom Together and editing applications iMovie, Final Cut Pro and Swish (previously known as Video Boost), which are owned, paid for, and utilized by Mom Together. The actors and actresses in the videos are all contracted actors working as independent contractors who have signed a legal release of rights to appear in the video.

15. I understand that Mom Together's Facebook page has been suspended as well as the CBC Facebook page as a result of Mr. Du's DMCA takedown notifications.

16. The iPhone testimonial videos that CBC uses on its Instagram and Facebook pages are created by an independent contractor named EcomVids on behalf of CBC, and consist of short testimonial videos taken by individuals on their phones promoting and enjoying the CBC's products. This content is all created directly by EcomVids and makes no use of other content or reference to any other competitor's products.

17. The notice I received regarding Mr. Du's takedown notification to Facebook does not reference any particular content alleged to be subject to copyright(s) owned by Du. Rather; I understand Mr. Du's takedown notification to Facebook is directed at CBC's entire Facebook page as containing infringing content. (Ex. F, Facebook takedown notice.)

18. The Pop N Go Video, as well as numerous other product advertisements, were accessible on CBC's Facebook page prior to Du's wrongful takedown notification. As with the Pop N Go Video, none of the written, audio, video, or other content appearing on CBC's Facebook page prior to Mr. Du's takedown was created by or for any entity other than CBC. For example, the advertisements that were featured on CBC's Facebook page immediately prior to

Du's wrongful takedown notification were created by Mom Together in the manner described above for Instagram for the benefit and use of CBC.

19. CBC utilizes McChammer marketing to post video and still image advertising on Facebook. McChammer posts the content created for CBC by Mom Together. McChammer, like Mom Together, does not include, reference, or relate to any written, audio, visual, or other works created by or for any entity other than CBC. CBC's social media posts exclusively feature CBC's products. No other companies' products have appeared on CBC's Facebook, Instagram, or Amazon page.

20. Instagram and Facebook are critical marketing platforms for CBC and drive a substantial percentage of CBC's sales. CBC utilizes a data analytics platform that provides insight into where the traffic referral for every CBC sale originates. From that data, we can see that CBC's presence on Facebook and Instagram directly contributes to the majority of CBC's revenue. For example, in November 2019, CBC made approximately $409,000 in sales. Of that total, approximately $155,000 came directly from customers who clicked through Facebook and $29,000 came directly from customers who clicked through Instagram. Of the remaining sales that are not "direct" click-throughs, most of those sales are also attributable to CBC's Facebook and social media presence, as CBC advertises exclusively on Facebook and Instagram, which means as much as

98% of CBC's revenue is directly attributable to CBC's presence on Facebook and Instagram.

21. The holiday sales seasons during late December and early January are critical sales months for CBC. From January through October of 2019, the average monthly sales were $199,000 and our program projected another $400,000 in sales in December alone until the social media pages were taken down. Accordingly, Mr. Du's wrongful takedown notification has caused and likely will continue to cause a significant and irretrievable loss of customers, good will, and corresponding sales.

22. CBC's current inability to market its products on Facebook and Instagram due to Mr. Du's wrongful takedown notification poses an existential threat to CBC, as CBC depends heavily on its online sales made during the holiday sales season.

23. Following receipt from Facebook and Instagram of Mr. Du's takedown notifications, CBC reached out to Mr. Du to inquire as to the basis of Du's takedown notifications and inform him that his allegations were baseless. I understand that counsel for CBC emailed Mr. Du twice, on December 19 and 21, 2019. (Ex. G, emails to Mr. Du.) I understand Mr. Du has not responded to the two emails from CBC and has never specifically identified to CBC any alleged copyrights he has in any of the content appearing on CBC's social media pages.

24. When Mr. Du failed to respond to CBC's inquiries regarding his takedown notifications, counsel for CBC reached out to counsel for Exqline to obtain assistance in communicating with Mr. Du. I understand counsel for Exqline, Mr. Yee, either failed or refused to help CBC get in touch with Mr. Du.

25. On December 25, 2019 CBC experienced a take-down resulting from DMCA notification to Amazon. Specifically, CBC's playpen product labeled "ASIN B07DMNN1GR" was taken off of Amazon.com in response to a DMCA takedown notification. Amazon provided "Complaint IDs" of 6618492641, 6699988951, and 6701750121. (*See, e.g.,* Ex. H, Amazon takedown notice.)

26. Amazon provided a name of the "rights owner" responsible for filing the DMCA takedown notification as "smartgpsbd Davis" and "smartgpsbd Liu." The corresponding email provided is smartgpsbd@outlook.com. (Ex. H, Amazon takedown notice.) On December 26, 2019, counsel for CBC has reached out to the email address to inquire regarding the grounds of the DMCA notification but has not received a response.

27. While this Amazon.com takedown email address is different than the email provided by Instagram and Facebook for Mr. Du, I believe it is part of the same effort by Mr. Du to fraudulently cause harm to CBC's business and ability to compete with Mr. Du's customers.

28. It is unclear what copyright could possibly be infringed on CBC's Amazon.com page—CBC's listings on Amazon.com utilize images of the CBC

products, all of which were created by or for the benefit of CBC by Mom Together, using only CBC products.

29.  With the listing of the ASIN B07DMNN1GR removed from Amazon, any sales related to the product on Amazon are halted, resulting in further damages to CBC that will only be alleviated when the that product is reinstated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____

*Austin Wright*

Executed On:  12/27/29