# Exhibit A

# United States of America
### United States Patent and Trademark Office

## POP 'N GO PLAYPEN

**Reg. No. 5,869,723**
**Registered Sep. 24, 2019**
**Int. Cl.: 20, 22**
**Trademark**
**Principal Register**

The California Beach Co,LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
614 Evergreen St
Burbank, CALIFORNIA 91505

CLASS 20: Play yards; Play yards for pets; Playpens for babies

FIRST USE 3-6-2018; IN COMMERCE 3-6-2018

CLASS 22: Tents; Tents; Tents for mountaineering or camping

FIRST USE 3-6-2018; IN COMMERCE 3-6-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "PLAYPEN"

SER. NO. 88-129,425, FILED 09-24-2018



Director of the United States
Patent and Trademark Office