# Exhibit C

| | |
|---|---|
| **Subject:** | FW: URGENT Exqline - Settlement Discussions |
| **Date:** | Thursday, December 26, 2019 at 11:08:58 AM Mountain Standard Time |
| **From:** | Jessie Pellant |
| **Attachments:** | image001.png, image002.png, image003.png |

**From:** "Yee, Jeffrey" <Jeffrey.Yee@lewisbrisbois.com>
**Date:** Friday, December 20, 2019 at 12:29 PM
**To:** Jessie Pellant <jpellant@studioiplaw.com>, "Lagatree, Donald" <Donald.Lagatree@lewisbrisbois.com>
**Cc:** "Lu, Hong" <Hong.Lu@lewisbrisbois.com>, "M. Williamson" <mwilliamson@studioiplaw.com>
**Subject:** RE: [EXT] Re: California Beach Co., LLC - Settlement Discussions

Ms. Pellant,

I am informed that Exqline is aware of the action taken by Mr. Du who sells goods to Exqline.  Exqline does not control Mr. Du, and we do not know what Mr. Du would or would not agree at this time.  In the interim, we await your written response letter so we can discuss with our client to move the settlement discussion forward.   Thanks.



**Jeffrey F. Yee**
**Partner**
Jeffrey.Yee@lewisbrisbois.com

**T: 213.680.5124  F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071  |  LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If yo intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sende this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jessie Pellant [mailto:jpellant@studioiplaw.com]
**Sent:** Friday, December 20, 2019 10:54 AM
**To:** Yee, Jeffrey; Lagatree, Donald
**Cc:** Lian Hua Chen; Lu, Hong; M. Williamson
**Subject:** Re: [EXT] Re: California Beach Co., LLC - Settlement Discussions




Mr. Yee,
We have not heard any news from you on this issue. Can you please confirm your client's role and relationship with Mr. Du and whether he has agreed to reinstate our client's webpages?

Thank you,
Jessie Pellant

**Jessie L. Pellant**
*Managing Partner*

jpellant@studioiplaw.com
**O:**   (720) 443-1773
**C:**   (208) 340-9955



www.studioiplaw.com

This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 720-443-1773.  Any other use, retention, or dissemination is strictly prohibited.

---

**From:** Jessie Pellant <jpellant@studioiplaw.com>
**Date:** Thursday, December 19, 2019 at 10:40 AM
**To:** "Yee, Jeffrey" <Jeffrey.Yee@lewisbrisbois.com>, "Lagatree, Donald" <Donald.Lagatree@lewisbrisbois.com>
**Cc:** Lian Hua Chen <chenlianhua@yingkelawyer.com>, "Lu, Hong" <Hong.Lu@lewisbrisbois.com>, "M. Williamson" <mwilliamson@studioiplaw.com>
**Subject:** Re: [EXT] Re: California Beach Co., LLC - Settlement Discussions

Mr. Yee,

Do you represent the interests of Mr. Du as well as Exqline? Mr. Du has removed my client's Facebook page and Instagram account. We left you a voicemail regarding this issue. We were gathering evidence from our client's manufacturer and received that information two days ago and were drafting you a letter in response to continue to move settlement forward and educate you and your team on the facts. Obviously, this new development is going to affect any possible resolution of this matter.

Please get in touch with me asap on this issue. We must have the Facebook and Instagram pages restored immediately if there is to be an amicable resolution of this matter.

Jessie Pellant


**Jessie L. Pellant**
*Managing Partner*

jpellant@studioiplaw.com
**O:**   (720) 443-1773
**C:**   (208) 340-9955



[www.studioiplaw.com](www.studioiplaw.com)

This email and any attachments are the property of StudioIP Law, LLC and are intended solely for the use of the email recipient or entity to whom the email is addressed.  Emails are not to be distributed to other parties without the express written permission of the original sender.  If you are not the intended recipient of this email, please delete this message and call 720-443-1773.  Any other use, retention, or dissemination is strictly prohibited.