# Exhibit E

From: **Instagram** <noreply@facebookmail.com>
Date: Thu, Dec 19, 2019 at 2:16 AM
Subject: Your Content Was Removed from Instagram
To: <customerservice@thecaliforniabeachco.com>

Hi,

We've removed or disabled access to the following content you posted on Instagram because we received a notice from a third party that the content infringes their copyright(s):

Video: 'Finally a play pen designed to grow with your child! The Pop N Go is on everyone's list for the Holidays. This playpen is the worlds lightest wing only 7.2 pounds. It can travel anywhere and set up in seconds. It comes with a shoulder travel bag, UV shade cover and ground stakes for windy days. Who's on your list to get a Pop N Go? Learn more at 👉 🟫 www.thecaliforniabeachco.com' uploaded on 22 November 2019 at 21:22 PST

If you believe that this content should not have been removed from Instagram, you can contact the complaining party directly to resolve your issue:

Report #: 1407615876061304
Rights Owner: Hanxian Du
Email: duhanxian@hotmail.com
Copyrighted Work: Other

If an agreement is reached to restore the reported content, please have the complaining party email us with their consent and include the report number.

We strongly encourage you to review the content you have posted to Instagram to make sure that you have not posted any other infringing content, as it is our policy to terminate the accounts of repeat infringers when appropriate.

For more information about intellectual property, please visit our Help Center:

https://help.instagram.com/535503073130320/

Thanks,

The Instagram Team