# Exhibit F

**From:** Facebook <notification+zrdodl6f=che@facebookmail.com>
**Date:** December 18, 2019 at 10:29:39 PM PST
**To:** awrightla@gmail.com
**Subject: Your Content Was Removed from Facebook**
**Reply-To:** Facebook <notification+zrdodl6f=che@facebookmail.com>

Hello,

We removed or disabled access to the following content you posted on Facebook because we received a notice from a third party that the content infringes their copyright(s):

Page: The California Beach Co.

If you believe the content should not have been removed as a result of this report (Report #2576187715997707), you can contact us:

https://www.facebook.com/help/contact/1653629651334864?&b=2576187715997707&a=2576187715997707

We strongly encourage you to review the content you have posted to Facebook to make sure that you have not posted any other infringing content, as it's our policy to terminate the accounts of repeat infringers when appropriate.

For more information about intellectual property, please visit the Help Center:

https://www.facebook.com/help/intellectual_property/?ref=CR

Thanks,

The Facebook Team