| | |
|---|---|
| 1 | CALVIN L. LITSEY (CA SBN: 289659) |
| 2 | **FAEGRE BAKER DANIELS LLP**<br>1950 University Avenue, Suite 450 |
| 3 | East Palo Alto, CA 94303<br>Telephone:  650-324-6700 |
| 4 | Facsimile:  650-324-6701 |
| 5 | JARED B. BRIANT (CO SBN: 35773)*<br>**FAEGRE BAKER DANIELS LLP** |
| 6 | 1144 15th Street, Suite 3400<br>Denver, CO 80202 |
| 7 | Telephone: 303-607-3500<br>Facsimile: 303-607-3600 |
| 8 | PATRICK C. BOTTINI (MN SBN: 0395278)* |
| 9 | **FAEGRE BAKER DANIELS LLP**<br>2200 Wells Fargo Center |
| 10 | 90 S. Seventh Street<br>Minneapolis, MN 55402 |
| 11 | Telephone: 612-766-7000<br>Facsimile: 612-766-1600 |
| 12 | JESSIE PELLANT (CO SBN: 42096)* |
| 13 | **STUDIOIP**<br>600 17th St., Suite 2800 |
| 14 | Denver, CO 80202<br>Telephone: 720-443-1773 |
| 15 | *Pro hac vice applications forthcoming* |
| 16 | **ATTORNEYS FOR PLAINTIFF** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA BEACH CO., LLC., | Case No. 19-cv-08426-JSC |
| Plaintiff, | **DECLARATION OF PATRICK C. BOTTINI IN SUPPORT OF MOTION FOR TEMPORARY <u>RESTRAINING ORDER</u>** |
| v. | |
| MR. HAN XIAN DU | |
| Defendant. | |

I, Patrick C. Bottini, hereby declare as follows:

1. I am an attorney at Faegre Baker Daniels and represent the plaintiff, The California Beach Co., LLC. in the above captioned matter.

2. On December 24, 2019, I searched the public United States Copyright database through the copyright.gov website for any copyright registrations owned by any of the following: "Exqline," "Han Xian Du," and "Hanxian Du." That search produced no results.

I, Patrick C. Bottini, declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge.

Dated:   December 27, 2019          *s/ Patrick C. Bottini*
                                    Patrick C. Bottini

                                    ***Counsel for Plaintiff The California Beach Co., LLC.***