UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE CALIFORNIA BEACH CO. LLC**, <br> Plaintiff, <br> v. <br> **HAN XIAN DU**, <br> Defendant. | Case No. 19-cv-08426-YGR <br><br> **ORDER RE: PRELIMINARY INJUNCTION** <br> Re: Dkt. No. 22 |

The Court previously issued a temporary restraining order ("TRO") as to defendant Han Xian Du. (Dkt. No. 22.) In that order, the Court stated that the TRO would become permanent effective Wednesday, January 22, 2020 unless the Court received an opposition from Du, or received a request from plaintiff The California Beach Co. LLC ("CBC") regarding any change in the scope of the injunction. (*Id.* at 3-4.) The Court received no objection from Du, and received no request to change the scope of the injunction from CBC.

Accordingly, for the reasons stated in the TRO, the injunction in the TRO is permanent effective Wednesday, January 22, 2020.

**IT IS SO ORDERED.**

Dated: January 24, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**