

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

March 18, 2020

RE:19-cv-08426-YGR  California Beach Co., LLC. v. Du

Default is entered as to Defendant Han Xian Du on March 18, 2020.

Susan Y. Soong, Clerk

by: Jordan Burgan
Case Systems Administrator
(510) 637-3537

*Rev. 7-19*