**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE CALIFORNIA BEACH CO. LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HAN XIAN DU,**<br><br>Defendant. | Case No.: 4:19-cv-08426-YGR<br><br>**ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS; (2) GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; AND (3) GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF DAMAGES, ATTORNEYS' FEES AND COSTS**<br><br>Dkt. Nos. 35, 43, 46, 61 |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation (Dkt. Nos. 43, 61 "Reports") recommending granting plaintiff The California Beach Co. LLC's ("CBC") motion for default judgment as to defendant Han Xian Du (Dkt. No. 35) and motion for an award of damages, attorneys' fees and costs (Dkt. No. 46), to which no party filed an objection. The Court has reviewed the Reports carefully. The Court finds the Reports correct, well-reasoned, and thorough, and **ADOPTS** them in every respect.

Accordingly, and for the reasons set forth in the Reports:

1. The motion for default judgment is **GRANTED**;

2. The motion for an award of damages, attorneys' fees and costs is **GRANTED**; and

3. The proposed form of judgment (Dkt. No. 66) consistent with the Reports shall be entered in favor of CBC and against Du.

The Clerk of the Court is directed to close this case upon the issuance of judgment.

This Order terminates docket numbers 35, 43, 46, and 61.

**IT IS SO ORDERED.**

**Date: October 26, 2020**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**