CALVIN L. LITSEY (CA SBN: 289659)
calvin.litsey@faegredrinker.com
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: 650-324-6700
Facsimile: 650-324-6701

JARED B. BRIANT (*pro hac vice*)
jared.briant@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: + 1 303 607 3500
Facsimile: +1 303 607 3600

JESSIE PELLANT (*pro hac vice*)
jpellant@studioiplaw.com
STUDIOIP
600 17th St., Suite 2800
Denver, CO 80202
Telephone: + 1 720 443 1773

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA BEACH CO., LLC., <br><br> Plaintiff, <br><br> v. <br><br> MR. HAN XIAN DU, <br><br> Defendant. | Case No. 4:19-cv-08426-YGR-LB <br><br> [PROPOSED] ORDER OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT HAN XIAN DU |

1   THIS MATTER comes before the Court on the Motion for Default Judgment submitted by Plaintiff The California Beach Co., LLC ("CBC"), pursuant to Fed. R. Civ. P. 55(b).  The Court, having reviewed Plaintiff's Motion, the accompanying Memorandum of Points and Authorities, and the file on this matter, including the Second Report and Recommendation for Damages, Fees, and Costs (ECF No. 61), hereby **FINDS AS FOLLOWS:**

1)   Jurisdiction of the subject matter of this action is based on 28 U.S.C. § 1331, as this case presents a well-pleaded question under the United States Copyright Act (17 U.S.C. §§ 101 et seq.).

2)   Plaintiff CBC is entitled to Default Judgment in its favor and against Defendant Han Xian Du ("Du" or "Defendant"), on Plaintiff's claim for relief for Misuse of Copyright – False Takedown Notification Under 17 U.S.C. § 512.

3)   On December 26, 2019, CBC filed its Complaint for Preliminary Injunctive Relief for Violation of Digital Millennium Copyright Act in this action, in which CBC alleged a claim for Misuse of Copyright – False Takedown Notification Under 17 U.S.C. § 512 against Defendant.  (Dkt. No. 1.)

4)   Defendant was properly served with the Summons and Complaint.

5)   Venue has been considered and is proper.

6)   Defendant has filed no answer or otherwise defended in response to the Complaint within the time permitted under Rule 12 of the Federal Rules of Civil Procedure, nor has Defendant entered an appearance nor requested any extension of time within which to file an answer or other responsive pleading.  Defendant is in default.

7)   On January 8, 2020, the Court issued a Temporary Restraining Order ("TRO") against Defendant, as follows in relevant part:

DU AND ALL PERSONS IN ACTIVE CONCERT OR PARTICIPATION WITH DU, ARE TEMPORARILY RESTRAINED from taking down, based on any alleged copyright infringement, from Facebook and Instagram, or any other service provider's website, CBC's online content or product line. Du is temporarily not permitted to file any further takedown notices with Facebook, Instagram, or any other service provider's website as to CBC's online content or product line. Any current and operative takedown notices in effect that were filed by Du as to CBC are restrained, and are to be disregarded by the online service provider. Accordingly, and specifically, Facebook (Report #2576187715997707) and Instagram (Report #1407615876061304) are directed to disregard Du's takedown notice and to reinstate CBC's online content during the period of this Order.

(Dkt. No. 22.)

8) On January 24, 2020, the Court issued an Order making the injunction against Defendant set forth in the TRO permanent. (Dkt. No. 26.)

9) By virtue of his decision not to defend and to default in this matter, Defendant has admitted liability on Plaintiffs' claims.

10) As set forth in the Second Report and Recommendation for Damages, Fees, and Costs (ECF No. 61), the Court finds that based on the Declarations and evidence in the record that CBC has suffered damages resulting from the conduct of Defendant in the amount of $369,849.12, which includes $316,991.00 in lost profits damages, $51,474.00 in reasonable attorneys' fees, and $1,384.12 in recoverable costs.

11) Defendant is not an infant, incompetent person nor in the military service.

**ACCORDINGLY, IT IS ORDERED** that:

1) Plaintiff's Motion for Default Judgment is granted;

2) Judgment in the amount of $369,849.12 shall enter in favor of CBC and against Defendant Han Xian Du; and

3) Plaintiff may move to amend the judgment entered herein to include prejudgment interest that accrues from December 19, 2019, through the date of entry of judgment and post-judgment interest on all damages awarded herein.

**IT IS SO ORDERED:**

Dated: October 26, 2020

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE